**COMMERCE BANK OF COLUMBIA, N.A., Successor to the Commerce Bank of Tipton, Respondent,**

v.

**Eugene I. GREEN and Charlotte E. Green, Appellants.**

**No. WD 39057.**

Missouri Court of Appeals, Western District.

Feb. 23, 1988.

Crews & Gaw, James F. Crews, Tipton, for appellants.

Hawk & Associates Law Offices, Clarence W. Hawk, Ann M. Perry, California, for respondent.

Before COVINGTON, SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Eugene I. Green and Charlotte E. Green appeal from judgment in favor of Commerce Bank of Columbia, N.A., Successor to the Commerce Bank of Tipton. Affirmed in accordance with Rule 84.16(b).